Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

_____ ~~District of~~ _____

_____ Division

| | |
|---|---|
| Javad Ghoreishi | ) Case No. _____ |
| | ) (to be filled in by the Clerk's Office) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) |
| Norfolk Probate and Family Court | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
DEC 10 PM 12:43

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Javad Ghoreishi |
| Street Address | 77 Pond Avenue #201 |
| City and County | Brookline |
| State and Zip Code | MA |
| Telephone Number | 6176511500 |
| E-mail Address | javadghoreishi@comcast.net |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Norfolk Probate and Family Court |
| Job or Title *(if known)* | Divorce Court |
| Street Address | 35 Shawmut Road |
| City and County | Canton |
| State and Zip Code | MA 02021 |
| Telephone Number | 781-830-1200 |
| E-mail Address *(if known)* | norfolkprobate@jud.state.ma.us |

Defendant No. 2

| | |
|---|---|
| Name | George F Phelan |
| Job or Title *(if known)* | Juctice |
| Street Address | 35 Shawmut Road |
| City and County | Canton |
| State and Zip Code | MA 02021 |
| Telephone Number | 781-830-1200 |
| E-mail Address *(if known)* | norfolkprobate@jud.state.ma.us |

Defendant No. 3

| | |
|---|---|
| Name | James V Manno |
| Job or Title *(if known)* | Juctice/retired |
| Street Address | 35 Shawmut Road |
| City and County | Canton |
| State and Zip Code | MA 02021 |
| Telephone Number | 781-830-1200 |
| E-mail Address *(if known)* | norfolkprobate@jud.state.ma.us |

Defendant No. 4

| | |
|---|---|
| Name | Paul M Cronan |
| Job or Title *(if known)* | Juctice |
| Street Address | 35 Shawmut Road |
| City and County | Canton |
| State and Zip Code | MA 02021 |
| Telephone Number | 781-830-1200 |
| E-mail Address *(if known)* | norfolkprobate@jud.state.ma.us |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I. Plaintiff claims federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution.
Plaintiff brings this suit pursuant to Title 42 USC law Chapter 21, Subchapter 1, Code § 1983 in which is a
federal law that allows an action for damages against any person who, under color of any

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Javad Ghoreishi, is a citizen of the State of *(name)* Massachusetts.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Norfolk Probate and Family Court, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts.

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* Massachusetts.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Wherefore plaintiff prays this Court issue equitable relief as follows:c
1. Issue injunctive relief commanding defendant to $10,000,000 redress.
2. Issue declaratory relief as this Court deems appropriate and just.
3. Issue other relief as this Court deems appropriate and just.
4. Award plaintiff his costs of litigation.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The bases of this case are as follow:

1- Violating the First, Ninth Declaration of Rights to the US Constitution

defendant's judge GP, in his egregious divorce judgment, flagrantly disproportionate division

of marital assets, purposefully and effectively terminated Plaintiff's vitality by preventing the Plaintiff

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wherefore plaintiff prays this Court issue equitable relief as follows:c
1. Issue injunctive relief commanding defendant to $10,000,000 redress.
2. Issue declaratory relief as this Court deems appropriate and just.
3. Issue other relief as this Court deems appropriate and just.
4. Award plaintiff his costs of litigation.

The bases of this case are as follow:

1- Violating the First, Ninth Declaration of Rights to the US Constitution

defendant's judge GP, in his egregious divorce judgment, flagrantly disproportionate division

of marital assets, purposefully and effectively terminated Plaintiff's vitality by preventing the Plaintiff

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/10/2020

Signature of Plaintiff
Printed Name of Plaintiff   Javad Ghoreishi

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address